1                               JS-6

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  ROBERT L. CONRADY,            Case No. 2:20-cv-08443-JWH (GJS)

12           Petitioner

13        v.                  **JUDGMENT**

14  WARDEN,

15           Respondent.

16

17

18      Pursuant to the Court's Order Denying Request And Dismissing Action

19  Without Prejudice,

20

21      IT IS ADJUDGED THAT the above-captioned action is dismissed without

22  prejudice.

23

24  DATE: November 9, 2020                _____

25                        JOHN W. HOLCOMB
                           UNITED STATES DISTRICT JUDGE

26

27

28